Dedra SHANKLIN, Individually and as Next Friend of Jessie Guy Shanklin, Plaintiff–Appellee,

v.

NORFOLK SOUTHERN RAILWAY COMPANY, Defendant– Appellant,

Cincinnati, New Orleans & Texas Railway Company; Norfolk Southern Corporation, Defendants.

No. 96–6371.

United States Court of Appeals, Sixth Circuit.

July 26, 2001.

Before BATCHELDER, MOORE, and CLAY, Circuit Judges.

The judgment of this court having been reversed by the United States Supreme Court in *Norfolk Southern Railway Company v. Shanklin,* No. 99–312, April 17, 2000, we remand this case to the district court for further proceedings in conformity with the opinion and order of the Supreme Court.